United States District Court
Southern District of Texas
**ENTERED**
March 11, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KEITH SCHRAITLE & NADEZHDA ERMOLIUK, | § | |
| Plaintiffs, | § | |
| v. | § | Civil Action No. H-25-4714 |
| MARCO RUBIO, *et. al.*, | § | |
| Defendants. | § | |

## ORDER

On February 20, 2026, the Court ordered Plaintiffs to provide proof of service as to each Defendant in this matter.[1] A review of the record reveals that Plaintiffs have not provided proof of service as to any of the Defendants by the date required under the Court's February 20, 2025, Order or the date of this Order. Furthermore, if a defendant is not served within ninety days after the complaint is filed, the Court must: (1) dismiss the action without prejudice; or (2) order service be made within a specified time. Fed. R. Civ. P. 4(m). It has been well over ninety days since the complaint was filed.[2] Based on the foregoing, the Court finds Plaintiffs' claims

[1] *Order Requiring Proof of Service*, Document No. 4 at 1.

[2] *Plaintiffs' Complaint*, Document No. 1 at 1.

against all Defendants should be dismissed without prejudice under Rule 4(m). Accordingly, the Court hereby

**ORDERS** that Plaintiffs' claims against all Defendants are **DISMISSED WITHOUT PREJUDICE**.

SIGNED at Houston, Texas, on this 10 day of March, 2026.

DAVID HITTNER
United States District Judge